IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSE NEIL BAKER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ANDREW ROACH, CORRECTIONAL GUARD, et al.** | : | **NO. 02-5314** |

## O R D E R

AND NOW, this          day of August, 2002, the Court finding that plaintiff has failed to pay the requisite filing fee of $150.00 to commence this civil action or submit an in forma pauperis petition, it is hereby ORDERED that:

        1.   Plaintiff shall either pay the required filing fee of $150.00 or file a properly certified in forma pauperis petition in accordance with the requirements of 28 U.S.C. § 1915, a copy of which is attached;

        2.   The Clerk shall forward an Application to Proceed In Forma Pauperis to plaintiff with a copy of this order; and

        3.   The Clerk shall CLOSE this case statistically.

**BY THE COURT:**

_____

                              **JOHN P. FULLAM, J.**