IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JESSE NEIL BAKER**               :     **CIVIL ACTION**
                                   :
    **v.**                            :
                                   :
**ANDREW ROACH, CORRECTIONAL GUARD, et al.**:     **NO. 02-5314**

## O R D E R

AND NOW, this _____ day of May, 2003, having considered plaintiff's motion to proceed in forma pauperis, and plaintiff having failed to submit a certified copy of his inmate trust fund account statement for the six-month period prior to the receipt of his complaint in this Court on July 24, 2002, as required by 28 U.S.C. § 1915(a),[1] it is hereby ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is DENIED without prejudice; and

2. This case shall remain CLOSED for statistical purposes.

**BY THE COURT:**

_____
**JOHN P. FULLAM, J.**

---

1. Plaintiff must get a certified account statement from any correctional facility in which he was incarcerated during the six-month period from January 24, 2002 to July 24, 2002, the date on which his complaint was received by this Court. The account statement that plaintiff provided with his motion to proceed in forma pauperis does not cover the required period of time. A notice of filing requirements is attached for plaintiff's information.